Kenneth G. SCHLADWEILER, Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Appellee.

No. 01–2178.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 30, 2002.

Decided Feb. 4, 2002.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

Kenneth Schladweiler, the sole proprietor of a truck/hauling business, appeals from the tax court's[1] adverse judgment, following a trial, in his action contesting the assessment of deficiencies and penalties in his federal income taxes for tax years 1992, 1993, and 1994. We agree with the tax court that Schladweiler did

2. The Honorable John Bailey Jones, United States District Judge for the District of South Dakota.

1. The HONORABLE L. PAIGE MARVEL, United States Tax Court Judge.

not carry his burden of proving that the IRS's deficiency assessments were arbitrary or erroneous with regard to any issue. *See Page v. Commissioner*, 58 F.3d 1342, 1347 (8th Cir.1995) (taxpayer's burden). The record shows that Schladweiler received credit for every business expense he properly documented, and Schladweiler provided no evidence refuting the calculation of additional unreported gross income for 1993. The tax court also correctly determined that the IRS was entitled to assess accuracy-related penalties, based on Schladweiler's negligent failure to keep adequate records. *See* 26 U.S.C. § 6662(b), (c) (negligence includes failure to make reasonable attempt to comply with code); 26 C.F.R. § 1.6662–3 (negligence includes taxpayer's failure to keep adequate books or records).

Accordingly, we affirm. *See* 8th Cir. R. 47B.